# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**ROBERT HENDERSON,**

       **Plaintiff,**

                                    **Case No. 2:21-cv-2800**

    **v.**                                  **JUDGE EDMUND A. SARGUS, JR.**

                                    **Magistrate Judge Chelsey M. Vascura**

**TWINS BUICK GMC, *et al.*,**

       **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 1, 2021. (ECF No. 2).   The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.   Therefore, the Court **ADOPTS** the Report and Recommendation.   For the reasons set forth in the Report and Recommendation, Plaintiff's application to proceed *in forma pauperis*, (ECF No. 1), is **DENIED**. Plaintiff must pay the required $402 filing fee within **FOURTEEN (14) DAYS** of the issuance of this order; failure to do so will trigger the automatic dismissal of this case.

      **IT IS SO ORDERED.**

**8/9/2021**                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                    **EDMUND A. SARGUS, JR.**
                                           **UNITED STATES DISTRICT JUDGE**